# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** *Plaintiff*, | § § § § | |
| v. | § § | MO:18-CV-00124-DC |
| **CHRISTINE H. MOORE and MICHAEL MOORE,** *Defendants*. | § § § § | |

## FINAL JUDGMENT

On this day, the Court granted Plaintiff Federal National Mortgage Association's Unopposed Motion for Summary Judgment and granted Plaintiff a necessity easement. (Doc. 36). The Court's Order disposes of all the parties and issues remaining in this case. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Court **ORDERS** that Plaintiff's Motion for Summary Judgment is hereby **GRANTED**. (Doc. 36).

Accordingly, the Court **GRANTS** Plaintiff an easement by necessity on the 49-acre Tract providing free and uninterrupted pedestrian and vehicular ingress and egress to/from the 1-acre Tract on, over, and across the portion of the asphalt drive/driveway located on the 49-acre Tract from Farm to Market Road 307 to the 1-acre Tract. *Id.*

The Court further **AWARDS** Plaintiff costs.

The Court further **ORDERS** that any pending motions shall be **DENIED** as moot.

Finally, the Court **ORDERS** the Clerk of the Court to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 23rd day of December, 2019.

                                            DAVID COUNTS
                                            UNITED STATES DISTRICT JUDGE